**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| BRITTNEY THOMAS,<br><br>     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>     Defendant. | Case No. 4:25-cv-01279-BSM |

<u>**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**</u>
<u>**FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND SUBSTITUTE**</u>
<u>**HEATHER H. SHARP AS COUNSEL FOR RECORD**</u>

Defendant Equifax Information Services LLC ("Equifax" or "Defendant"), by its counsel and pursuant to Local Rule 83.5(f), respectfully requests that Heather H. Sharp, an attorney with the law firm SEYFARTH SHAW LLP, be permitted to be substituted as counsel of record for Equifax in the above-captioned matter in place of Ralph D. Scott III and the law firm of Lax, Vaughan, Fortson, Rowe & Threet, P.A. In support of this Motion, Equifax states as follows:

1. Equifax retained Lax, Vaughan, Fortson, Rowe & Threet, P.A. to represent it in the above-captioned matter and they appeared on January 5, 2026. (ECF No. 2)

2. On May 21, 2026, Heather H. Sharp of the law firm Seyfarth Shaw LLP filed a Notice of Appearance on behalf of Equifax. (ECF No. 12). Ms. Sharp was admitted to practice before this Court on July 1, 2025.

3. Equifax has determined that representation by two law firms is unnecessary and the services of Ralph D. Scott III and the law firm of Lax, Vaughan, Fortson, Rowe & Threet, P.A. are is no longer required.

4. As such, Mr. Scott and the law firm of will no longer be involved in the representation of Equifax and are now represented by Heather H. Sharp and the law firm of Seyfarth Shaw LLP, and Equifax wishes to substitute Ms. Sharp as lead counsel in this case.

5. Mr. Scott also requests that he be permitted to withdraw as counsel in this case.

6. The requested substitution of lead counsel and the withdrawal of Mr. Scott will not prejudice Plaintiff or cause undue delay.

7. Plaintiff indicated on May 26, 2026 that she is unopposed to the requested substitution of counsel.

WHEREFORE, Equifax Information Services LLC respectfully requests that the Court grant this request and substitute Ralph D. Scott III with Heather H. Sharp as lead counsel of record in the above-captioned matter and permit Ralph D. Scott III to withdraw as counsel.

325792257v.1

DATED:  May 27, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Heather H. Sharp*
    Heather H. Sharp
    hsharp@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

*Substituted Counsel for Defendant*
*Equifax Information Services LLC*

Dated: May 27, 2026

Respectfully submitted,

LAX, VAUGHAN, FORTSON,
   ROWE & THREET, P.A.


By:  */s/ Ralph D. Scott III*
    Ralph D. Scott III, 2015127
    tscott@laxvaughan.com
    LAX, VAUGHAN, FORTSON,
       ROWE & THREET, P.A.
    Cantrell West Building
    11300 Cantrell Road, Suite 201
    Little Rock, Arkansas 72212
    Office:  (501) 376-6565
    Facsimile:  (501) 376-6666

*Withdrawing Counsel for Defendant*
*Equifax Information Services LLC*

3

325792257v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I presented the foregoing UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND SUBSTITUTE HEATHER H. SHARP AS COUNSEL FOR RECORD with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

Brittney Thomas
12601 Faulkner Crossing Drive
North Little Rock, Arkansas  72117

*Plaintiff pro se*


    */s/ Heather H. Sharp*
Heather H. Sharp
*Counsel for Defendant*
*Equifax Information Services LLC*

325792257v.1